OPINION — AG — **** OKLAHOMA CITY HOUSING AUTHORITY — CANNOT PURCHASE THROUGH CENTRAL PURCHASING AGENCY OF STATE BOARD OF PUBLIC AFFAIRS **** THE OKLAHOMA CITY HOUSING AUTHORITY IS NOT ELIGIBLE TO PURCHASE THROUGH THE CENTRAL PURCHASING AGENCY OF THE STATE BOARD OF PUBLIC AFFAIRS FOR THE REASON THAT IT IS NOT AUTHORIZED BY STATUTE TO PURCHASE IN THIS MANNER. CITE: 74 O.S. 1970 Supp., 85.12 [74-85.12], 74 O.S. 1970 Supp., 85.5 [74-85.5] (TODD MARKUM)